Opinion issued
August 5, 2010

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-00-01303-CV

____________

 

IOK C. & WAI WU KUAN, Appellant

 

V.

 

CHARLES E. BRUCE & THE GOLD STARR CORPORATION,
Appellee

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 718412

 



 

MEMORANDUM
OPINION








The Court, having learned that the
bankruptcy court ordered appellees’ bankruptcy closed, ORDERS this Court’s
abatement of the case lifted.  On May 26,
2010, this court sent notice of an intent to dismiss the case unless an
appropriate motion was filed with the court within 20 days of the date of the
order evidencing an intent to pursue the appeal.  No response was filed.  We therefore DISMISS the case for want of
prosecution.  See Tex. R. App. P.
42.3(b) (providing that appellate courts may dismiss appeal for want of
prosecution after giving 10 days’ notice to all parties).

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and
Sharp.